1   **WO**

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9   United States of America,                )
                                             )
10           Plaintiff,                       )        **CR-13-565-01-PHX-ROS**
                                             )
11  vs.                                       )
                                             )        **DETENTION ORDER**
12                                            )
    Christopher Alexander Manuel,             )
13                                            )
             Defendant.                       )
14                                            )
                                             )
15  _____)

16          In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention

17  hearing has not been held.  The defendant submitted the matter to the Court.

18          The Court incorporates and adopts by reference the assessment of

19  nonappearance/danger findings of the Pretrial Services Agency which were

20  reviewed by the Court at the time of the hearing in this matter.

21          Defendant does not dispute the information contained in the Pretrial Services

22  Report.

23          The Court concludes, by a preponderance of the evidence, that defendant is

24  a flight risk and requires detention pending trial.

25          The Court also concludes, by clear and convincing evidence, that defendant

26  is a danger to others and the community and requires detention pending trial.

27  ///

28  ///

At this time, no condition or combination of conditions will reasonably assure the appearance of  defendant as required or reasonably assure the safety of others and the community.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules  32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility.  Should the defendant be an acceptable candidate, defense counsel or Pretrial Services shall contact the Magistrate on duty to set a detention hearing.  A determination as to whether or not the defendant is to be released will be made at the scheduled hearing.  If counsel for the government does not object to the proposed release, the matter will be scheduled "bag and baggage."

DATED this 1st day of May, 2013.


Edward C. Voss
United States Magistrate Judge